# United States Bankruptcy Court
## Eastern District of Missouri

In re   **Monica B Liddell**      Case No.   **26-42141**

Debtor(s)      Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 15, 2026**, a copy of **Chapter 13 Plan** was served electronically and by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Absolute Resolutions Corp**
**2667 Camino Del Rio South, Ste. 200**
**San Diego, CA 92108**

**Ameren**
**PO Box 66529**
**St. Louis, MO 63166**

**Ameren Illinois**
**C/O Online Information Service**
**685 W. Fire Tower Road**
**Winterville, NC 28590**

**American Credit Acceptance**
**961 East Main Street**
**Spartanburg, SC 29302**

**BMC Loans at Work**
**C/O Absolute Resolutions**
**8000 Norman Center Drive, Suite 350**
**Minneapolis, MN 55437**

**Brigit Loan**
**36 W. 20th Street**
**New York, NY 10011**

**Carol E. Mitchell (Deceased)**

**Cash Net**
**C/O Plaza Services**
**110 Hammond Drive**
**Atlanta, GA 30328**

**Charter**
**C/O IC Systems**
**PO Box 64378**
**St. Paul, MN 19456**

**Coast to Coast**
**C/O Lockhart Morris Montgomery**
**1401 N. Central Expressway, Suite 225**
**Richardson, TX 75080**

**Columbia Debt Recovery**
**906 S E Everett Mailway, Suite 301**
**Everett, WA 98208**

**Community America**
**9777 Ridge Drive**
**Lenexa, KS 66219**

**Credit One**
**C/O Resurgent Capital**
**PO Box 1269**
**Greenville, SC 29603**

**Dave**
**900 S. Broadway, Suite 400**

**Los Angeles, CA 90015**

**Dave**
**C/O Coastal**
**1265 S. Cochran Ave**
**Los Angeles, CA 90019**

**First Community Credit Union**
**PO Box 1030**
**Chesterfield, MO 63006**

**Flagship Credit Acceptance**
**PO Box 3807**
**Coppell, TX 75019**

**Global Lending**
**1200 Brookfield Blvd**
**Greensville, SC 29607**

**Harris and Harris**
**111 West Jackson Blvd., Suite 650**
**Chicago, IL 60604**

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

**Maxlend**
**PO Box 46360**
**Eden Prairie, MN 55344**

**Missouri American Water**
**PO Box 6029**
**Carol Stream, IL 60197**

**Missouri Department of Revenue**
**PO Box 475**
**Jefferson City, MO 65105**

**Nagla**
**541 Warder Ave.**
**Saint Louis, MO 63130**

**Nationwide**
**C/O Michael Foster**
**PO Box 10110**
**Columbia, MO 65205**

**Parkway Lakeside Apartments**
**C/O Impact Receivable**
**11104 W. Airport Blvd., Suite 199**
**Stafford, TX 77477**

**Prime Home Property**
**8651 Highway N #210**
**Lake Saint Louis, MO 63367**

**Sunshine Loan**
**10015 St. Charles Rock Road**
**St. Louis, MO 63074**

**The Flats at Dorsett Ridge**
**12703 Dorsett Road**
**Maryland Heights, MO 63043**

**United States Attorney**
**111 South 10th Street**
**20th Floor**
**Saint Louis, MO 63102**

**Zoomer Credit**
**6363 West 120th Ave., Suite 322**
**Broomfield, CO 80020**

**/s/ Robert Faerber**

**Robert Faerber**
**Robert Faerber**
**230 S. Bemistion**
**Suite 600**
**Saint Louis, MO 63105**
**(314)727-3434Fax:(314)727-6992**
**faerber@msn.com**